**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONCERN FOR INDEPENDENT LIVING, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TOWN OF SOUTHAMPTON,<br>　　　　　　　Defendant. | Civ. Action No. 2:24-cv-7101 |

**JOINT STATUS REPORT**
**AND MOTION TO EXTEND STAY**

Pursuant to the Court's Orders dated July 2, 2026 and August 3, 2026, Plaintiff Concern

for Independent Living, Inc. and Defendant Town of Southampton (together, "the Parties")

submit this Joint Status Report.

Since the submission of the Parties' July 2, 2026 Joint Status Report, the Parties have

made continued progress toward resolution of this litigation that provides a path for approval of

an affordable housing project of at least 50 units, at least half of which will provide supportive

housing, at the original site for Plaintiff's proposed development, 130 County Road 39 in

Southampton. On August 6, 2026, the Southampton Town Board met to consider a proposed

term sheet negotiated by the Parties. The Town Board did not agree to the proposed term sheet as

written but indicated that there is a pathway toward resolution that would avoid the need for

further litigation. The Parties agree that there is a viable chance of resolution and have agreed to

take the following steps during the next month: (1) the Town has commissioned and will receive

an appraisal of the 130 County Road 39 site to facilitate potential acquisition of the property; (2)

Town staff will meet with Plaintiff to refine Plaintiff's proposed site plan for the property,

including by adding a means of ingress/egress; (3) the Parties will agree on a mediator and

schedule a date for a mediation; and (4) the Parties will meet weekly.

Accordingly, to facilitate potential resolution of this matter, the Parties request that the Court extend the current stay of discovery by one month, until September 10, 2026.

Dated: August 10, 2026

Respectfully submitted,

/s/ Nicholas Abbott*
Nicholas Abbott*
Rebecca Livengood*
Michael Allen*
Valerie Comenencia Ortiz*
Relman Colfax PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
(202) 728-1888

Steven Barshov
SBarshov Law PLLC
20 Lagoon Ln
Haverstraw, New York 10927
(917) 886-4328
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

/s/ Mark Radi
Mark Radi
Brian S. Sokoloff
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500

*Attorneys for Defendant*