**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONCERN FOR INDEPENDENT LIVING, INC.,<br>Plaintiff,<br><br>v.<br><br>TOWN OF SOUTHAMPTON,<br>Defendant. | Civ. Action No. 2:24-cv-7101 |

## STIPULATION REQUESTING PARTICIPATION IN MEDIATION PROGRAM

Pursuant to Local Civil Rule 83.8(d), the Parties jointly request to participate in the Eastern District of New York (EDNY) Mediation Program. The Parties have identified a mediator, David Berger, who is available on October 9, 2026, to conduct a mediation through the EDNY Mediation Program. The Parties, including all members of the Southampton Town Board, are available to participate in person in a mediation that day. Accordingly, the Parties ask the Court to issue an order referring this case for participation in the EDNY Mediation Program.

Dated: September 10, 2026

Respectfully submitted,

/s/ Rebecca Livengood*
Rebecca Livengood*
Michael Allen*
Valerie Comenencia Ortiz*
Nicholas Abbott*
Relman Colfax PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
(202) 728-1888

Steven Barshov
SBarshov Law PLLC
20 Lagoon Ln
Haverstraw, New York 10927

(917) 886-4328
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

/s/ Mark Radi
Mark Radi
Brian S. Sokoloff
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500

*Attorneys for Defendant*