**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONCERN FOR INDEPENDENT LIVING, INC.,<br>Plaintiff,<br><br>v.<br><br>TOWN OF SOUTHAMPTON,<br>Defendant. | Civ. Action No. 2:24-cv-7101 |

**JOINT STATUS REPORT AND PROPOSED DISCOVERY SCHEDULE**

Pursuant to this Court's order dated October 14, 2026, Plaintiff Concern for Independent Living, Inc. and Defendant Town of Southampton (together, "the Parties") submit this joint status report and proposed discovery schedule.

On May 27, 2026, the Court granted the Parties' joint motion to stay discovery to facilitate settlement discussions. In the following months, during which the Court granted extensions of the stay, the Parties engaged in settlement discussions which culminated in a mediation on October 9, 2026. That mediation concluded unsuccessfully.

Accordingly, the Parties request that the Court set revised discovery and dispositive motion deadlines. As an initial matter, on April 24, 2026, Plaintiff served on Defendant Plaintiff's First Set of Requests for Production of Documents and Plaintiff's First Set of Interrogatories. Plaintiff agreed to extend the Defendant's deadline to respond to those discovery requests to June 8, 2026. At the time discovery was stayed, there were twelve days remaining for Defendant to respond. To provide Defendant sufficient time to respond, the Parties agree that Defendant shall have until 45 days from the date of this filing to respond to Plaintiff's outstanding requests. Plaintiff shall respond to Defendants' discovery requests within 45 days of

service. The Parties further request that the Court set the following modified discovery deadlines:

- December 4, 2026: Defendant's deadline to respond to Plaintiff's First Set of Requests for Production of Documents and Plaintiff's First Set of Interrogatories.
- April 26, 2027: Completion of all fact discovery.
- May 26, 2027: Plaintiff's identification of case-in-chief experts.
- June 25, 2027: Defendant's identification of experts.
- July 26, 2027: Service of rebuttal expert reports and Rule 26 disclosures.
- August 26, 2027: Close of expert discovery.
- September 30, 2027: Final date by which the Parties shall take the first step of summary judgment motion practice.

Dated: October 21, 2026

Respectfully submitted,

/s/ Nicholas Abbott
Rebecca Livengood*
Michael Allen*
Nicholas Abbott*
Relman Colfax PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
(202) 728-1888

Steven Barshov
SBarshov Law PLLC
20 Lagoon Ln
Haverstraw, New York 10927
(917) 886-4328
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

/s/ Mark Radi
Mark Radi

Brian S. Sokoloff
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500

*Attorneys for Defendant*